# In the United States Court of Federal Claims

Robert A. Sparks

_____
Plaintiff(s),

v.

THE UNITED STATES,

_____
Defendant.

Case No. 20-635 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

On Sept 22 2017 I went to the Washingston D.C. VA medical Center Dental cline to get a Tooth Filled I was not sick or Feeling bad in any way before they Filled the Tooth but after the Tooth was Filled, on my way home from the VA I started getting sick By the Time I got Home I was really sick an I didnt know why By Sunday the 24th of Sept 2017 I was being ammited into the SICU unit at the Washington D.C. VA medical Center. I Had


Received - USCFC


MAY 18 2020

2. **PARTIES**

Plaintiff, Robert Andrew Sparks resides at 22060 Point lookout rD #13
(Street Address)

Leonardtown MD 20650, 240 608 5566
(City, State, ZIP Code)    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ⬤ No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

no Ideal What WAs Happen To me I Had To under go Emergence surgicer with nothing For Pain and They The Doctor Told me iF They put me To Sleep The were AFFAird (scared) I would not wake up. When I ASK The Doctor What Happen To me Said I had An Iffection But They Took care OF. To Make a long story short After ASK For Two months How I got The infection I Had To Tell The person in The Dictory office I WAS going To ASK chanle 4 news To Find out How I got Sick That's when A Doctor called me And Told me it WAS the Dental procedure that gave me the infection,

A-6

4. **RELIEF.** Briefly state exactly what you want the court to do for you:

I would like To be compensate For what They done To me pain + suffering also In the Amount (5) Five million dollars My life Has not An will not ever be The same

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  29  day of  April , 2020
        (day)              (month)              (year)

_____RW A. Spar_____
Signature of Plaintiff(s)

P.S. I would like The court To wave the court fee

A-7

# In the United States Court of Federal Claims

Robert A. Sparks ~~Sparks~~

_____
(Plaintiff(s)),

v.

THE UNITED STATES,

_____
Defendant.

Case No. _____

Judge _____

## CERTIFICATE OF SERVICE

I hereby certify that on 29 April 2020, a copy of This Suit

was mailed via Post Office ~~United State Clerk~~, to United State court clerk

at _____.

_____
(Signature of Applicant)

Robert Sparks
(Printed Name)

22060 Point Lookout RD
(Street Address)

Leonard Town MD 20650
(City, State, ZIP Code)

240-408-5566
(Phone Number)